**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2039**

SPENCER STRENO,

        Plaintiff - Appellant,

     v.

SHENANDOAH UNIVERSITY,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Elizabeth Kay Dillon, District Judge.  (5:16-cv-00068-EKD-JCH)

Submitted:  March 28, 2019                  Decided:  April 5, 2019

Before MOTZ and HARRIS, Circuit Judges, and DUNCAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michelle Owens, AGEE OWENS, LLC, Nashville, Tennessee, for Appellant.  Katherine C. Ondeck, Brian Adam Scotti, GORDON & REES, LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Spencer Streno appeals the district court's order denying his Fed. R. Civ. P. 59(e) motion to amend the judgment in his underlying civil suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Streno v. Shenandoah Univ.*, No. 5:16-cv-00068-EKD-JCH (W.D. Va. Aug. 6, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*